United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ALFREDO S. GOMEZ,                                    No. C 09-2614 WHA (PR)

          Petitioner,                         **ORDER OF TRANSFER**

  vs.

Warden CHUCK DE ROSA,

          Respondent.
                                      /

      In this habeas case petitioner seeks to challenge a conviction and sentence incurred in the Superior Court of Solano County. Solonao County is in the venue of the United States District Court for the Eastern District of California. Petitioner is incarcerated at the La Palma Correctional Center in Elroy, Arizona.

      Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d); however, petitions challenging a conviction are preferably heard in the district of conviction. Habeas L.R. 2254-3(a); *Laue v. Nelson*, 279 F. Supp. 265, 266 (N.D. Cal. 1968). Because petitioner was convicted in Solano County, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a); Habeas L.R. 2254-3(b).

      **IT IS SO ORDERED.**

Dated: June  17 , 2009.

                                                WILLIAM ALSUP
                                               UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\HC.09\GOMEZ2614.TRN.wpd